JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLAUDIA SARAVIA VILLALTA,<br><br>PLAINTIFF<br><br>v.<br><br>NISSAN NORTH AMERICA, INC. ET AL.,<br><br>DEFENDANT | CASE NUMBER:<br><br>2:26-cv-05788-SB-DMK | |
| | **JUDGMENT** | |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on     June 4, 2026 as docket number 10_____ (the "Offer of Judgment"), judgment is hereby entered for

 Plaintiff, Claudia Saravia Villalta
_____

and against

 Defendant, Nissan North America, Inc.
_____

 according to the terms set forth in the Offer of Judgment.

Date:  June 5, 2026_____            By: Lynnie Fahey_____
                                                      Deputy Clerk

CV-140 (02/21)                          **JUDGMENT**